

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00660-CV

**IN THE INTEREST OF J.A.E., JR.,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011CVQ002377-C3
Honorable Jesus Garza, Judge Presiding

# O R D E R

The reporter's record was due September 8, 2014, but it was not filed. On September 24, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the record has not been filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court on or before **October 20, 2014** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. See TEX. R. APP. P. 20.1, 35.3(b). If appellant fails to file such proof within the time provided, the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court